JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CARLOS P.,

Plaintiff,

v.

FRANK BISIGNANO, Commissioner of Social Security,

Defendant.

No. 2:26-cv-03187-AYP

JUDGMENT

It is adjudged that this action is remanded to the Commissioner of the Social Security Administration for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Memorandum Opinion and Order.

IT IS SO ORDERED.

DATED: October 30, 2026

ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE